UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RAYMOND TAYLOR,

    Plaintiff,

v.

    Case No. 5:23-cv-10-BJD-PRL

LOWES HOME IMPROVEMENT, LLC,

    Defendant.
_____/

### ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. 27; Stipulation) filed on January 3, 2024. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

- 2 -

**DONE** and **ORDERED** in Jacksonville, Florida this 8th day of January 2024.

_____
BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record
unrepresented parties (if any)